# McCalla's Estate

644

646

648

650

652

658

*Thomas Ogle Haydock,* for exceptants.

*John Arthur Brown, Joseph J. Brown,* and *D. Alexander Wieland,* contra.

BOLGER, J., November 18, 1938.—We have examined the briefs, the record, and the careful adjudication of

Judge Ladner, and find no error; on the contrary, we are of the opinion that the auditing judge has lucidly and correctly expounded the applicable principles of law.

The exceptions are dismissed and the adjudication is confirmed absolutely.